IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CIVIL COURT DIVISION

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC )<br>D/B/A AT&T MOBILITY AND TOWER )<br>DEVELOPMENT CORPORATION )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF LIBERTY, MISSOURI, )<br>)<br>Defendant. )<br>) | Case No. 4:10-CV-533 |

### DISCLOSURE OF CORPORATE INTERESTS OF
### NEW CINGULAR WIRELESS PCS, LLC d/b/a AT&T MOBILITY

COMES NOW Plaintiff New Cingular Wireless PCS, LLC d/b/a AT&T Mobility, by and through the undersigned counsel and pursuant to Local Rule 3.1 of the United States District Court for the Western District of Missouri, hereby gives notice that the following corporate interests are disclosed:

1. The parent companies of Plaintiff New Cingular Wireless PCS, LLC d/b/a AT&T Mobility: New Cingular Wireless PCS, LLC is owned by AT&T Mobility II, LLC. AT&T Mobility II, LLC, is owned by Centennial Cellular Operating Co LLC, BellSouth Mobile Data, Inc., AT&T Mobility LLC, and New Cingular Wireless Services, Inc.

2. Subsidiaries not wholly owned by Plaintiff New Cingular Wireless PCS, LLC d/b/a AT&T Mobility: All of the above-referenced entities are indirect wholly owned subsidiaries of AT&T Inc.

3. Affiliates that have issued shares to the public: None of the above-referenced entities are publicly traded companies.

Respectfully submitted,

POLSINELLI SHUGHART PC


By: /s/   Kevin J. Breer
    KEVIN J. BREER  (MO #51732)
    BRETT C. RANDOL  (MO #57699)
    6201 College Boulevard, Suite 500
    Overland Park, KS  66211
    (913) 451-8788
    Fax No. (913) 451-6205
    kbreer@polsinelli.com
    brandol@polsinelli.com

NEW CINGULAR WIRELESS PCS, LLC
d/b/a AT&T MOBILITY AND
TOWER DEVELOPMENT CORPORATION